**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00844-CV

**JAMES BELL MCCOY, Appellant**

**V.**

**CRAIG WATKINS, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## ORDER

We **GRANT** appellant's January 5, 2015 second motion for an extension of time to file his amended brief correcting the deficiencies noted in this Court's letter dated December 12, 2014. Appellant shall file his amended brief by **FEBRUARY 2, 2015**. We caution appellant that no further extension of time to file his amended brief will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE